UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HIGH POINT DESIGN, LLC,

                Plaintiff,

-against-

LM INSURANCE CORPORATION, LIBERTY MUTUAL FIRE INSURANCE COMPANY, and LIBERTY INSURANCE CORPORATION,

                Defendant.

Civil Action No.:
14-CV-7878 (KBF)(DCF)
Rel. 11-CV-4530

**FINAL JUDGMENT**

    This action having been commenced on September 30, 2014, the Court having granted Plaintiff's Motion for Summary Judgment as to liability on March 2, 2015, and the parties having entered into a stipulation on April 25, 2016, it is

    ORDERED, ADJUDGED and DECREED: that the Plaintiff have judgment against Defendants in the amount of $1,350,000.00, with pre-judgment interest amounting to $307,450.44, amounting in all to $1,657,450.44, of which $252,394.00 has already been paid and satisfied.

Dated: New York, New York
April 26, 2016

_____
U.S.D.J,

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: APR 2 6 2016